1 | McGREGOR W. SCOTT
United States Attorney
2 | SAMANTHA S. SPANGLER
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2792

5

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       )       CASE NO. CR.S-05-0046 LKK
                                   )
11 |       Plaintiff/Appellee,      )       ORDER AFTER HEARING
                                   )
12 |       v.                       )
                                   )
13 | KIM J. ANDERSON,               )
                                   )       DATE:  May 10, 2005
14 |       Defendant/Appellant.     )       TIME:  9:30 a.m.
     _____)       COURT: Hon. Lawrence K. Karlton
15

16 |       This matter was before the Court May 10, 2005, for status

17 | hearing regarding the appointment of counsel.  When the case was

18 | first called, Assistant U.S. Attorney Carolyn K. Delaney appeared on

19 | behalf of the United States and Assistant Federal Defender Jeffrey

20 | L. Staniels appeared with the defendant/appellant, Kim J. Anderson.

21 | After Mr. Staniels reported that the defendant qualified for the

22 | appointment of counsel, the Court appointed the Federal Defender's

23 | Office to represent the defendant in this appeal of his misdemeanor

24 | conviction.  The Court then established the following schedule:

25 |       Reporter's Transcripts shall be filed within 30 days;

26 |       The defendant/appellant's opening brief shall be served and

27 | filed within 21 days after the filing of the transcripts;

28 | ///

1

1    The government's responsive brief shall be filed within 21 days
2  after service of the defendant's opening brief;

3    The defendant's reply brief, if any, shall be served and filed
4  within five court days after service of the government's responsive
5  brief;

6    A hearing is scheduled for August 23, 2005 at 9:30 a.m. for
7  oral argument on the appeal.

8    The case was re-called at the request of the parties.
9  Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of
10 the government.  Mr. Staniels appeared on behalf of the defendant,
11 who was not present.  The defendant requested that the Court stay
12 the execution of the sentence until after the disposition of the
13 appeal.  Ms. Spangler notified the Court that a status hearing was
14 scheduled for August 17, 2005 before Magistrate Judge Gregory G.
15 Hollows; the defendant was ordered to appear if the $500 fine,
16 $1,700 restitution, and $30 special assessment had not been paid by
17 that date.  The Court granted the stay of execution of the sentence
18 pending the disposition of this appeal and ordered the August 17,
19 2005 hearing vacated.

20    IT IS SO ORDERED.

21 DATED:  May 12, 2005                    /s/Lawrence K. Karlton
                                          LAWRENCE K. KARLTON, JUDGE
22                                        UNITED STATES DISTRICT COURT

23

24

25

26

27

28