```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KIM J. ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. 05-046 |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING APPEAL |
| ) | HEARING AND BRIEFING SCHEDULE |
| v. ) | |
| ) | Date: October 18, 2005 |
| KIM J. ANDERSON, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, KIM J. ANDERSON, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the parties have agreed to amend the briefing schedule in this magistrate judge appeal as set forth below, and to reschedule oral argument from August 23, 2005 to October 18, 2005, at 9:30.

////

     Appellant's opening brief and excerpts of record may be filed no later than Tuesday, August 30, 2005.

     Appellee's opposition and any supplements may be filed no later than Tuesday, September 27, 2005.

     Appellant's reply brief may be filed no later than Tuesday, October 11, 2005.

     Oral argument shall be held on Tuesday, October 18, 2005, at 9:30.

     The defendant, Mr. Anderson, is currently not in custody.

DATED:   July 15, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Livia Morales
                                        _____
                                        LIVIA MORALES, Staff Attorney
                                        Attorney for Defendant
                                        KIM J. ANDERSON

DATED: July 15, 2005
                                        McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Samantha Spangler
                                        _____
                                        SAMANTHA SPANGLER
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:   July 19, 2005.

                                        /s/Lawrence K. Karlton
                                        _____
                                        LAWRENCE K. KARLTON
                                        UNITED STATES DISTRICT JUDGE

stipulation/anderson                    2