QUIN DENVIR, Bar #49374
Federal Defender
LIVIA MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KIM J. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. 05-046 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING APPEAL |
| | ) | HEARING AND BRIEFING SCHEDULE |
| v. | ) | |
| | ) | Date:  December 6, 2005 |
| KIM J. ANDERSON, | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, KIM J. ANDERSON, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the parties have agreed to amend the briefing schedule in this magistrate judge appeal as set forth below, and to reschedule oral argument from October 18, 2005, at 9:30 a.m. to December 6, 2005 at 9:30 a.m.

Appellant's opening brief and excerpts of record may be filed no

later than Tuesday, October 11, 2005

Appellee's opposition and any supplements may be filed no later than Tuesday, November 8, 2005.

Appellant's reply brief may be filed no later than Tuesday, November 29, 2005.

Oral argument shall be held on Tuesday, December 6, 2005, at 9:30.

The defendant, Mr. Anderson, is currently not in custody.

DATED:  August 29, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/S/ Livia Morales
_____
LIVIA MORALES, Staff Attorney
Attorney for Defendant
KIM J. ANDERSON

DATED: August 29, 2005

McGREGOR SCOTT
United States Attorney

/S/ Samantha Spangler
_____
SAMANTHA SPANGLER
Assistant U.S. Attorney

IT IS SO ORDERED.


DATED: August 31, 2005

/s/Lawrence K. Karlton
_____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT COURT JUDGE

stipulation/Anderson                    2