UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              NO. CR. S-05-46 LKK

    Plaintiff,

  v.                                   O R D E R

KIM J. ANDERSON,

    Defendant.
_____/

    The court is in receipt of the Ninth Circuit's order dated April 5, 2007, remanding the above captioned case to this court for consideration, approval and/or implementation of the settlement agreement. Given that this matter was initially before the magistrate judge, the matter is hereby REMANDED to the magistrate judge who heard the case. The parties are directed to file any motions and/or requests before Magistrate Judge Gregory Hollows.

    IT IS SO ORDERED.

    DATED: May 23, 2007.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

1