```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIM J. ANDERSON, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 02:05-cr-46 <br><br> STIPULATION AND ORDER TO AMEND JUDGMENT <br><br><br><br><br><br> COURT: Hon. Gregory G. Hollows |

## Background

On February 1, 2005, this Court entered judgment in this matter as follows: one year of court probation, a fine of $500, a special assessment of $30, and restitution of $1,700. Mr. Anderson contested the legality of the restitution amount imposed by taking an appeal to the district court and ultimately to the United States Court of Appeals for the Ninth Circuit.

On May 10, 2005, the district court granted Mr. Anderson's request for a stay of execution. When the district court affirmed this Court's conviction and sentence on January 5, 2006, it also lifted the stay of execution and ordered payment of the fine, special assessment, and restitution by June 5, 2006. Although he appealed the restitution order to the Ninth Circuit, Mr. Anderson

has fully paid the fine and special assessment.  His one-year period of court probation has expired.

After oral argument, the Ninth Circuit referred the matter to the Circuit Mediator's Office.  Through the mediation process, the parties reached a Settlement Agreement on January 26, 2007, attached hereto as Attachment A.  On April 15, 2007, the Ninth Circuit ordered this case remanded to the district court for consideration, approval and/or implementation of the settlement agreement.  On May 24, 2007, the district court further remanded this matter to the Magistrate Judge and directed the parties to file any motions and/or requests with this Court.

### Stipulation

The parties stipulate that this Court may enter an order modifying the judgment entered February 1, 2005, as well as an amended judgment, reflecting that the amount of restitution is reduced from $1,700.00 to $714.09 plus interest (on the lesser amount) at the rate of 7% per annum which began accruing on January 26, 2007.

Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, Mr. Anderson consents to the Court modifying the restitution amount and requests that the Court do so in his absence.

DATED:  September 27, 2007

/s/ Kim J. Anderson
KIM J. ANDERSON, Defendant

DATED:  October 9, 2007

DANIEL J. BRODERICK
Federal Defender

by  /s/ Ann C. McClintock
ANN C. McCLINTOCK
Assistant Federal Defender
Counsel for Mr. Anderson

2

So stipulated.

DATED:  October 9, 2007                McGREGOR W. SCOTT
                                       United States Attorney


                              by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney


                                  Order

Good cause appearing, the sentence imposed on January 24, 2005, is MODIFIED to reduce the restitution amount, to impose interest, and to allow monthly payments until the restitution is paid.  The new restitution order is as follows:

The defendant shall pay restitution of $714.09 plus interest at the rate of 7% per annum, which began accruing on January 26, 2007. Restitution shall be paid in monthly installments to:

    Humboldt-Toiyabe National Forest
    Attn:  Kathy Nicholas
    1200 Franklin Way
    Sparks, NV  89431

IT IS SO ORDERED.

DATED: 10/16/07                        /s/ Gregory G. Hollows
                                       GREGORY G. HOLLOWS
                                       United States Magistrate Judge

anderson.ord2